UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BELL'S BREWERY, INC.,                                   )<br>                    Plaintiff,          )<br>                                                                 )<br>-v-                                                                )<br>                                                                 )<br>BLUE RIDGE BEVERAGE COMPANY, INC.,  )<br>                    Defendant.      )<br>                                                                 ) | No. 1:20-cv-246<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on August 7, 2020 (ECF No. 24), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date: August 10, 2020                            /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge